IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 5:17-CR-006010-DGK |
| JEREMY A. MITCHELL, ) | |
| Defendant. ) | |

**ORDER ADOPTING-IN-PART THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTIONS TO SUPPRESS**

Pending before the Court are Defendant's Motion to Suppress Search and Seizure Evidence (Doc. 23), United States Magistrate Judge Matthew J. Whitworth's Report and Recommendation (Doc. 37), the Government's Objections to the Report and Recommendation (Doc. 40), and Defendant's Objection to the Report and Recommendation (Doc. 31).

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court ADOPTS IN PART Judge Whitworth's Report and Recommendation. Judge Whitworth found that Defendant's firearm was found on "the outer front breast pocket of defendant Mitchell's outer coat jacket." However, at the suppression hearing on March 1, 2018, the Government said that the firearm was actually in a pocket closer to the Defendant's rib area. Therefore, this Court clarifies that the Defendant's firearm was located in a pocket closer to his rib area, not in his breast pocket.

With that exception, this Court adopts the Magistrate's Report and Recommendation (Doc. 37) in full.

**IT IS SO ORDERED.**

Date: June 25, 2018         /s/ Greg Kays
                            GREG KAYS, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT